# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ASSOCIATED RENTERS, L.L.C.

VERSUS

CREEKSTONE/JUBAN I, L.L.C.

CIVIL ACTION

NO. 15-299-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 29, 2015, to which no objection was filed:

**IT IS ORDERED** that Plaintiff's Motion to Remand is GRANTED, and the action is REMANDED to the 21st Judicial District Court for the Parish of Livingston, State of Louisiana.

Signed in Baton Rouge, Louisiana, on <u>August 18, 2015</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

21st JDC - certified